IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,                                    No. C 15-80253M CW

      Plaintiff,                                   ORDER RETURNING
                                                     COMPLAINT TO
   v.                                              PLAINTIFF

C. MATOS, et al.,

      Defendants.

_____/

     On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes.  The pre-filing order states that if Mr. Grimes files a complaint that is "related to any of the following matters:

    (1) a diversified group of individuals who commit acts
    of terror against Mr. Grimes, his family and other
    citizens;

    (2) an injunction against the defendants to prevent them
    from kidnaping, framing, falsely imprisoning or
    otherwise terrorizing Mr. Grimes, his family, and other
    citizens;

    (3) a court order for the defendants to be subjected to
    a lie detector test;

    (4) covert terrorism

it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations.  Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual allegations and claims for relief."

     The Court has reviewed the above-captioned complaint filed by Mr. Grimes and finds that it shall not be filed because it alleges

United States District Court
For the Northern District of California

1   that Defendants are engaged in terrorism and seeks a court order

2   for Defendants to be subjected to a lie detector test.  Mr. Grimes

3   alleges no cognizable causes of action in this complaint.

4       Because the above-captioned complaint concerns multiple

5   matters mentioned in the pre-filing order and presents no

6   cognizable cause of action, the Clerk of the Court is ordered not

7   to file it.  Instead, the complaint shall be returned to Mr.

8   Grimes.

9       IT IS SO ORDERED.

10

11  Dated: October 28, 2015          _____
                                     CLAUDIA WILKEN
12                                   United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2